**Francisco GALVAN–ALVARADO; Rosa Maria Dominguez–Galvan, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–76261.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 9, 2006.

Christopher J. Stender, Esq., Stender & Pope, PC, Phoenix, AZ, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, P. Michael Truman, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Michelle Gorden Latour, U.S. Department of Justice, Civil Division, Washington, DC, for Respondent.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

Francisco Galvan–Alvarado and Rosa Maria Dominguez–Galvan, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction pur-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

suant to 8 U.S.C. § 1252, and we deny the petition for review.

Petitioners have waived any challenge to the BIA's order denying their motion to reopen by failing to raise any contentions related to the BIA's dispositive determination that the motion to reopen was filed untimely. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.